IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

DARREN SMITH                                                            PLAINTIFF

v.                              No. 2:20-cv-12-DPM

CITY OF FORREST CITY, ARKANSAS, a
Municipal Corporation; DEON LEE,
Individually and as Chief of the Forrest City Police
Department; and CEDRIC WILLIAMS,
Individually and As Mayor of the City of
Forrest City, Arkansas                                              DEFENDANTS

## JUDGMENT

1. All of Smith's federal law and state law discrimination and retaliation claims are dismissed with prejudice.

2. Smith's wrongful-termination claim under Arkansas law is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

25 October 2021